UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 3:06-cr-149-J-33MMH

COURTNEY ESTIS

**PERSONAL MONEY JUDGMENT**

WHEREAS, in the Indictment in the above-captioned case, the United States of America sought forfeiture, pursuant to 18 U.S.C. § 982(a)(2), of defendant Courtney Estis' interest in property constituting, or derived from, proceeds obtained directly or indirectly by the defendant as a result of the charges alleged in Count One and Count Two, in violation of 18 U.S.C. § 1344; and

WHEREAS, on August 24, 2006, the defendant pled guilty to Count One of the Indictment (Dkt. 32) and agreed to forfeit for such violation his interest in the sum of $24,500.00 in United States currency; and

WHEREAS, the Factual Basis of the Plea Agreement provides the requisite nexus for forfeiture of the sum of $24,500.00 in United States currency as proceeds the defendant obtained directly and/or indirectly as a result of such violation of Count One; and

WHEREAS, no funds have been remitted by the defendant to

the United States as to the sum of $24,500.00 in United States currency due in forfeiture; and

WHEREAS, in his Plea Agreement, the defendant consented to the immediate entry of a personal money judgment as to the sum of $24,500.00 in forfeiture due if said sum was not remitted to the United States thirty (30) days prior to sentencing; and

WHEREAS, on February 14, 2007, the United States filed its consent motion and memorandum for entry of a money judgment in forfeiture against the defendant (Dkt. 36), which at sentencing, becomes final as to the defendant.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the motion (Dkt. 36) is hereby **GRANTED**, and that the United States have and recover from the defendant the sum of $24,500.00 as proceeds he obtained as a result of the violation of 18 U.S.C. § 1344, which sum is hereby forfeited to the United States of America, pursuant to 18 U.S.C. § 982(a)(2).  It is further

**ORDERED** that the United States may seek forfeiture of any of the defendant's property up to the value of the $24,500.00 money judgment as substitute assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, and to entertain any third party claims that may be asserted in those proceedings.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida this 15th day of February, 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record